JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Bennea Hughes,

Plaintiff,

v.

Gunner Gear LLC,

Defendants.

Case No. **2:26-cv-04439-SVW-DMK**

ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR LACK OF PROSECUTION

(PURSUANT TO LOCAL RULE 41)

On August 24, 2026, the Court issued an Order to Show Cause why this case should not be dismissed for lack of prosecution. The Order to Show Cause required a written response to be filed by August 31, 2026, No response has been filed.

IT IS THERFORE ORDERED AND ADJUDGED that this action is **DISMISSED, WITHOUT PREJUDICE**, pursuant to Local Rule 41 for lack of prosecution and for failure to comply with Court orders.

Dated: October 8, 2026

HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT COURT JUDGE